# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

Catherine R. Hoy

*Plaintiff(s)*

v.

Pushpin Holdings LLC

*Defendant(s)*

Civil Action No. 5:13cv1832
Judge Adams
Magistrate Judge Burke

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Pushpin Holdings LLC
C/O CT Corporation System
111 Eighth Avenue
New York, New York, 10011

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeffrey J. Fanger
Fanger & Associates - Highland Heights
36 Alpha Park
Highland Heights, OH 44143

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Geri M. Smith
*CLERK OF COURT*

Date: 08/21/2013



s/Terri L. Masich

*Signature of Clerk or Deputy Clerk*

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Pushpin Holdings, LLC
was received by me on *(date)* 8/28/2013 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* certified mail by clerk on 9/3/2013
.

My fees are $ ___ for travel and $ ___ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: 9/6/2013

s/ Sharon M. Romito
*Server's signature*

Deputy Clerk, U.S. District Court
*Printed name and title*

2 South Main Street, Akron, Ohio 44308
*Server's address*

Additional information regarding attempted service, etc:

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X  Certified Mail Received
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
SEP 03 2013

1. Article Addressed to:

Pushpin Holdings LLC
c/o CT Corporation System
111 Eighth Ave
New York, NY 10011

5:13CV1832-JRA

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

CT, a Wolters Kluwer Business

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7012 2210 0002 7553 1257

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Clerk, United States District Court, Northern District of Ohio
John F. Seiberling Federal Building and U.S Court House
2 South Main St.
Akron, Ohio 44308

.87699