IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CATHERINE HOY<br>8230 BRANDYWINE RD.<br>SAGAMORE HILLS OH 44067<br><br>**PLAINTIFF**<br><br>vs.<br><br>PUSHPIN HOLDINGS LLC<br>111 EIGHTH AVE<br>NEW YORK, NEW YORK 10011<br><br>**DEFENDANT** | CIVIL CASE NO. 5:13-CV-1832<br><br>JUDGE: JOHN R. ADAMS<br><br>NOTICE OF DISMISSAL<br>WITH PREJUDICE |

Now comes the Plaintiff, Catherine Hoy (hereinafter "Plaintiff"), by and through undersigned counsel gives notice of dismissal with prejudice pursuant to Rule 41 of the Ohio Rules of Civil Procedure, and further pursuant to an agreement entered into with Defendant, Pushpin Holdings LLC.

Respectfully submitted,
FANGER & ASSOCIATES LLC

Jeffrey J. Fanger (0058439)
36 Alpha Park
Highland Heights, OH 44143
Ph. 440-605-9641
Fax 440-605-9642
jfanger@fangerlaw.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Notice of Dismissal was served by regular U.S. mail this 20th day of September, 2013 upon the following:

PUSHPIN HOLDINS, LLC
C/O CT CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NEW YORK, 10011

*Defendant*

Elliot Sussman
Executive Director
Joseph I. Sussman, P.C.
Attorneys at Law
Penncom Plaza
132 West 31st Street, Suite 1320
New York, NY 10001

*Attorney for Defendant*

                                              Jeffrey J. Panger (0058439)